PAULETTE N. TERIO, ADMINISTRATRIX (ESTATE
OF PHILIP S. TERIO), ET AL. *v.* MYL RAMA

The plaintiffs' petition for certification for appeal from the Appellate Court, 104 Conn. App. 35 (AC 27103), is denied.

KATZ, PALMER and SCHALLER, Js., did not participate in the consideration or decision of this petition.

*Ernest F. Teitell* and *Paul A. Slager*, in support of the petition.

*Charles W. Fleischmann*, in opposition.

Decided January 16, 2008

STATE OF CONNECTICUT *v.* KAREEM A. MCDANIEL

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 627 (AC 27646), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Christopher Y. Duby*, special public defender, in support of the petition.

*Russell C. Zentner*, senior assistant state's attorney, in opposition.

Decided January 16, 2008